1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4
   Attorney for Defendant
5  PRETTY LE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,        )   CR.S-08-191 GEB
                                        )
12   Plaintiff,                         )
                                        )   **STIPULATION AND [PROPOSED]**
13                                      )   **ORDER RE: CONTINUANCE OF**
                                        )   **STATUS CONFERENCE AND**
14 v.                                   )   **EXCLUSION OF TIME UNDER**
                                        )   **SPEEDY TRIAL ACT**
15 **PRETTY LE and**                    )
   **MARGARTO ALBERTE**                 )
16                                      )
                                        )
17   Defendants.                        )   Judge: Hon. Garland E. Burrell, Jr.
                                        )
18
                                    -o0o-
19
        Plaintiff, United States of America, by and through its counsel, Assistant United States
20
   Attorney Mary Grad, and defendants Pretty Le, by and through her counsel, Hayes H. Gable, III,
21
   and Margarto Alberte, by and through his counsel, Michael L. Chastaine,  agree and stipulate to
22
   vacate the existing status conference in the above-captioned action, August 22, 2008, and to
23
   continue the matter to October 10, 2008, at 9:00 a.m. for status conference.
24
        The reason for this request is that the defense and the government require additional time
25
   to negotiate a settlement in this matter.  The parties further agree and stipulate that the period for
26
   the filing of this stipulation until October 10, 2008, should be excluded in computing time for
27
   commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18
28
   U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow

                                          1.

1  reasonable time necessary for effective presentation.  It is further agreed and stipulated that the
2  need of defense counsel to prepare exceeds the public's interest in commencing trial within 70
3  days.
4      Counsel for the government and defendant Wilson has authorized the execution of this
5  stipulation on their behalf.  Accordingly, the parties respectfully request the Court adopt this
6  proposed stipulation.

8  Dated: August 19, 2008        /s/Hayes H. Gable, III
                                 HAYES H. GABLE III
9                                Attorney for Defendant
                                 PRETTY LE
10
   Dated: August 19, 2008
11
                                 /s/Hayes H. Gable, III  for
12                               MICHAEL L. CHASTAINE
                                 Attorney for Defendant
13                               MARGARTO ALBERTE

15 Dated: May 31, 2007           MCGREGOR W. SCOTT
                                 United States Attorney
16
                         By:     s/Hayes H. Gable, III for
17                               MARY L. GRAD
                                 Assistant United States Attorney
18

19                               **ORDER**

20  IT IS SO ORDERED.

21 Dated:  August 22, 2008

23                               GARLAND E. BURRELL, JR.
                                 United States District Judge

2.